CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW JAMES HUDGINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:16cv00506 |
| NANCY A. BERRYHILL, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 18) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 19) is **GRANTED**, the magistrate judge's report and recommendation (ECF No. 21) is **ADOPTED in its entirety**; plaintiff's objections (ECF No. 22) are **OVERRULED**; the Commissioner's decision is **AFFIRMED**; and this matter is hereby **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 03-26-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge